**Dismissal and Opinion Filed June 14, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-12-00661-CV

## IN THE INTEREST OF J.L.W., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-00449-T**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

This is an appeal from the associate judge's order establishing the parent-child relationship in a Title IV-D case brought by the Attorney General of Texas. An associate judge's order on the merits of a Title IV-D case, however, is not final and is appealable to the referring district court, not the court of appeals. *See* TEX. FAM. CODE ANN. §§ 201.015 (West Supp. 2012), 201.0142 (West 2008). Because we generally have jurisdiction over final judgments only, we directed appellant Father to file a letter brief demonstrating our jurisdiction over the appeal. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). More than ten days have lapsed and Father has neither filed the letter brief nor otherwise communicated with the Court. Accordingly, with no jurisdiction over the complained-of order, we dismiss the appeal.

*See* TEX. R. APP. P. 42.3(a).

120661F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF J.L.W., A CHILD

No. 05-12-00661-CV

On Appeal from the 301st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 12-00449-T.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Jahnisha Q. Warren and the Attorney General of Texas recover their costs, if any, of this appeal from appellant Francky Kalema-Kitenge.

Judgment entered June 14, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE